**FILED**

UNITED STATES COURT OF APPEALS

JUN 11 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KINGS COUNTY, a political subdivision of the State of California; et al., <br><br> Petitioners, <br><br> v. <br><br> SURFACE TRANSPORTATION BOARD; et al., <br><br> Respondents. | No. 15-70386 <br><br><br> ORDER |

Before: McKEOWN, PAEZ, and TALLMAN, Circuit Judges.

Respondents' motion to dismiss this petition for lack of jurisdiction is granted. See *I.C.C. v. Bhd. of Locomotive Engineers*, 482 U.S. 270, 284-85 (1987).

The California High-Speed Rail Authority's motion to intervene is denied as moot.

**DISMISSED.**

AC/MOATT